# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DE MENT, IRA | 2. Court or Organization<br><br>US DIST COURT, MIDDLE DIST- AL | 3. Date of Report<br><br>08/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE, SENIOR STAT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P O BOX 2149<br>MONTGOMERY, AL 36102-2149 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   TRUSTEE | GRANTOR TRUST |
| 2.   CO-TRUSTEE | ████ TRUST |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 18 P 12: 08 NON... ...E OFFICE

| Name of Person Reporting | Date of Report |
| --- | --- |
| DE MENT, IRA | 08/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. SAVINGS BOND #1 | C | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. Regions Financial Corporation, Common | A | Dividend | J | T | | | | | |
| 4. AL Drinking WFA RVL Bond 4.85% due 8/15/2022 | A | Interest | J | T | | | | | |
| 5. Evergreen Money Market Fund | A | Interest | J | T | | | | | ˪ |
| 6. Sun Life Financial | A | Dividend | K | T | | | | | |
| 7. Capital Income BLDR Fd Cl C | C | Dividend | L | T | | | | | |
| 8. Calamos Growth & Income Fd C | C | Dividend | K | T | Buy | 02/16 | K | | |
| 9. AL State Brd Ed Reid St Tech College | B | Interest | L | T | | | | | |
| 10. AL Bldg Rnvtn Fin Auth Rev Bldg | B | Interest | L | T | | | | | |
| 11. Boaz AL 3.55% 3/1/2013 | B | Interest | L | T | | | | | |
| 12. Eaton Vance Muns TR EV Natl Muni FD | A | Int./Div. | K | T | Buy | 8/03 | L | | |
| 13. NCB FSB 5.25% | A | Interest | | | Buy | 2/16 | K | | |
| 14. ...Continued | | | | | Sell | 5/23 | K | | |
| 15. Regions Bank Account #1 | B | Interest | L | T | | | | | |
| 16. IRA #1 | | | | | | | | | |
| 17. Intel Corp. | | None | | | Sell | 1/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corp | | None | | | Sell | 1/22 | K | | |
| 19. AT&T, Inc | | None | | | Sell | 1/22 | J | | |
| 20. SunAmerica | | None | | | Sell | 05/21 | K | D | |
| 21. WesternBank PR | A | Interest | | | Redemption | 3/05 | K | | |
| 22. The National BK of SC | A | Interest | | | Redemption | 8/06 | K | | |
| 23. Athens First Bank & Tr | A | Interest | K | T | | | | | |
| 24. Davis New York Venture | A | Dividend | K | T | Partial Sell | 1/22 | J | C | |
| 25. Medco Health | | None | | | Sell | 1/22 | J | A | |
| 26. Wachovia Cash/Money Market Fund | A | Interest | J | T | | | | | |
| 27. ...Continued | D | Distribution | | | | | | | |
| 28. Evergreen Equity TR | A | Dividend | | | Sell | 8/03 | K | B | |
| 29. Evergreen Fixed Income | A | Dividend | | | Sell | 8/03 | K | | |
| 30. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 31. Royce Fd Total Return Fd | B | Dividend | K | T | | | | | |
| 32. T Rowe Price Blue Chip Grwth Fd | A | Dividend | K | T | | | | | |
| 33. Davis Opportunity Fd Grwth Fd Cl A | A | Dividend | J | T | | | | | |
| 34. RG Premier Bank | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox Intl Stock Fund | | None | K | T | Buy | 1/23 | K | | |
| 36. Longleaf Partners FDS Trust | B | Dividend | K | T | Buy | 1/23 | K | | |
| 37. ...continued | | | | | Buy | 8/03 | J | | |
| 38. Longleaf Partners FDS TR Small Cap | C | Dividend | K | T | Buy | 8/03 | K | | |
| 39. Discover Bank Greenwood DE | A | Interest | K | T | Buy | 5/22 | K | | |
| 40. Highland Bank ST Michael MN | | None | K | T | Buy | 8/08 | K | | |
| 41. Regions Bank Account #2 | C | Interest | J | T | | | | | |
| 42. Brokerage Account #2 | | | | | | | | | |
| 43. Eaton Vance National Municipals Fund | C | Dividend | L | T | | | | | |
| 44. Huntsville Madison Co AL Bond 5.0% due 7/1/18 | B | Interest | K | T | | | | | |
| 45. Jefferson CNTY AL Brd ED Bond 4.75% due 2/15/16 | B | Interest | K | T | | | | | |
| 46. Evergreen Reserve Money Market Fund | A | Interest | J | T | | | | | |
| 47. Athens First Bk & Tr | A | Interest | K | T | | | | | |
| 48. Western Bank | A | Interest | | | Sell | 1/16 | J | | |
| 49. Evergreen Fixed Hi Yld Cl C | B | Dividend | K | T | | | | | |
| 50. AL Bldg Rnvn 4% | B | Interest | K | T | | | | | |
| 51. Calamos Growth & Income Fd C | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Capital Income Bldr Cl C | C | Dividend | K | T | | | | | |
| 53. Luana Savgs 5.1% | A | Interest | | | Sell | 1/8 | K | | |
| 54. Franklin Income FD CL C | C | Dividend | K | T | Buy | 1/19 | K | | |
| 55. Beneficial Interest in the ▮▮▮▮ Trust #1 | | | | | | | | | |
| 56. AmSouth Bank, Montgomery, AL | | | | | | | | | |
| 57. Income Beneficiary only, no interest in principal | | | | | | | | | |
| 58. U.S. Savings Bonds, Series HH, various maturities | D | Interest | M | T | Redemption | 11/14 | K | D | |
| 59. ...Continued | | | | | Redemption | 11/29 | K | E | |
| 60. ...Continued | | | | | Redemption | 12/24 | K | E | |
| 61. Pioneer Value Fund Class Y | A | Dividend | | | Sell | 11/05 | L | A | |
| 62. Pioneer Tax-Free Income Fund CL Y | E | Dividend | N | T | Buy | 11/07 | K | | |
| 63. Pioneer Growth Opportunities Fd Cl Y | | None | | | Sell | 11/05 | J | | |
| 64. Pioneer Oak Ridge Large Cap Growth Fund Cl Y | | None | | | Sell | 11/05 | L | | |
| 65. Pioneer International Core Equity Fd Cl Y | A | Dividend | | | Buy | 9/20 | J | | |
| 66. ...Continued | | | | | Sell | 11/05 | K | | |
| 67. Pioneer Fund Cl Y | A | Dividend | M | T | Buy | 11/07 | L | | |
| 68. ...Continued | | | | | Buy | 11/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ...Continued | | | | | Buy | 12/04 | K | | |
| 70. Regions Trust Money Market Account | C | Dividend | K | T | | | | | |
| 71. AIM Trimark CL I | | None | J | T | Buy | 11/07 | J | | |
| 72. ...Continued | | | | | Buy | 12/04 | J | | |
| 73. Pioneer Mid Cap Value Fund Class | A | Dividend | J | T | Buy | 11/07 | J | | |
| 74. ...Continued | | | | | Buy | 12/04 | J | | |
| 75. RMK Mid Cap Growth Fund | | None | J | T | Buy | 11/07 | J | | |
| 76. ...Continued | | | | | Buy | 12/04 | J | | |
| 77. Europacific Growth FD CL F | A | Dividend | K | T | Buy | 11/07 | J | | |
| 78. ...Continued | | | | | Buy | 12/04 | J | | |
| 79. ...Continued | | | | | Buy | 12/31 | J | | |
| 80. Regions CD #1 | B | Interest | L | T | | | | | |
| 81. Regions CD #2 (Formerly Amsouth) | D | Interest | M | T | | | | | |
| 82. Grantor Trust #2 | | | | | | | | | |
| 83. Davis NY Venture Fd B | | None | | | Exchange | 6/01 | | | |
| 84. Davis NY Venture Fd A | A | Dividend | K | T | Exchange | 6/01 | | | |
| 85. Evergreen Equity Indx Cl C | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VK Emerging Grwth Cl C | | None | | | Sell | 1/19 | J | | |
| 87. Evergreen Money Market Fund | A | Int./Div. | J | T | | | | | |
| 88. SunAmerica Funds FOC MLT/CP VL II | B | Dividend | J | T | | | | | |
| 89. General Electric Company | | None | | | Sell | 1/19 | J | | |
| 90. Capital Income BLDR Fd Cl C | B | Dividend | K | T | Buy | 1/19 | J | | |
| 91. IRA #2 | | | | | | | | | |
| 92. Davis NY Venture Fd B | A | Dividend | K | T | | | | | |
| 93. Evergreen Equity Index Fd Cl C | A | Dividend | J | T | | | | | |
| 94. Washington Mutual Investment Fd Cl B | A | Dividend | J | T | Partial Sell | 10/22 | J | A | |
| 95. General Electric Company | | None | | | Sell | 1/19 | J | | |
| 96. Microsoft Corp | | None | | | Sell | 1/19 | J | | |
| 97. Cash | B | Distribution | | | | | | | |
| 98. Series HH Bonds | A | Interest | J | T | | | | | |
| 99. AmSouth Bank Account #5 | C | Interest | L | T | | | | | |
| 100. Regions CD #3 | D | Interest | | | Matured | 2/14 | M | | |
| 101. Regions CD #4 | D | Interest | M | T | Buy | 11/15 | M | | |
| 102. BROKERAGE ACCOUNT #3 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   Wachovia Money Market/Sweep Funds (X) | A | Interest | J | T | | | | | |
| 104.   Banco Popular NA CD | B | Interest | K | T | | | | | |
| 105.   Washington Mutual BK CD 5.00% | B | Interest | | | Sell | 1/02 | L | | |
| 106.   Washington Mut BK CD 5.2% | | None | | | Sell | 1/02 | K | | |
| 107.   Western Bank PR CD | B | Interest | K | T | Buy | 2/27 | K | | |
| 108.   Pinnacle National Bank CD | B | Interest | L | T | Buy | 1/19 | L | | |
| 109.   FirstBank PR CD | A | Interest | K | T | Buy | 5/21 | K | | |
| 110.   Flagstar Bank FSB CD | | None | K | T | Buy | 8/02 | K | | |
| 111.   Bangor Savings Bank CD | A | Interest | | | Buy | 2/27 | K | | |
| 112.   ...Continued | | | | | Sell | 6/07 | K | | |
| 113.   Washington Mutual BK FA CD 5.25% | B | Interest | | | Buy | 2/01 | K | | |
| 114.   ...Continued | | | | | Sell | 5/09 | K | | |
| 115.   Regions Bank Account #7 (X) | A | Interest | J | T | | | | | |
| 116. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 08/08/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544